Kent B. Goss (State Bar No. 131499)
    KGoss@crowell.com
Darshan N. Patel (State Bar No. 346947)
    DPatel@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone:  213.622.4750
Facsimile:  213.622.2690

Attorneys for Defendant
BEHR PROCESS LLC D/B/A BEHR PAINT
COMPANY, a California limited liability
company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| ABKCO MUSIC & RECORDS, INC., a New York Corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>BEHR PROCESS LLC D/B/A BEHR PAINT COMPANY, a California limited liability company; and DOES 1-10,<br><br>                    Defendant. | Case No. 8:25-cv-02530-GW-ADA<br><br>**HON. GEORGE H. WU COURTROOM 9D**<br><br>**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Trial Date:      None set.<br><br>Action Filed:   November 12, 2025 |

Defendant BEHR PROCESS LLC D/B/A BEHR PAINT COMPANY, a California limited liability company ("Behr"), by and through its attorneys, herein answer Plaintiff ABKCO MUSIC & RECORDS, INC. ("ABKCO" or "Plaintiff") Complaint (Dkt. No. 1) as follows:

## INTRODUCTION

1.     This paragraph consists of legal argument and conclusion, which do not require a response. To the extent a response may be required, Behr lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph as characterized, and therefore denies the allegations set forth in this paragraph.

## NATURE OF ACTION

2.     Behr admits that Plaintiff has alleged a copyright infringement claim against Behr in this action.

3.     Behr admits that it made an Instagram post on November 22, 2022. The remaining allegations in this paragraph consist of legal argument and conclusion, which do not require a response. To the extent a response may be required, Behr lacks knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations in this paragraph as characterized, and therefore denies the remaining allegations.

4.     Behr admits that it made an Instagram post showing an individual using spray paint to paint furniture. The remaining allegations in this paragraph consist of legal argument and conclusion, which do not require a response. To the extent a response may be required, Behr lacks knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations in this paragraph as characterized, and therefore denies the allegations set forth in this paragraph.

5.     This paragraph consists of legal argument and conclusion, which do not require a response. To the extent a response may be required, Behr lacks knowledge or information sufficient to form a belief as to the truth of the

allegations in this paragraph as characterized, and therefore denies the allegations set forth in this paragraph.

6.    This paragraph consists of legal argument and conclusion, which do not require a response. To the extent a response may be required, Behr lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph as characterized, and therefore denies the allegations set forth in this paragraph.

7.    Behr denies that it is a corporation. Behr admits that it has licensed royalty free recorded music for advertisements through Meta's platform. Behr denies the remaining allegations in this paragraph.

## JURISDICTION AND VENUE

8.    This paragraph consists of legal argument and conclusion, which do not require a response. To the extent a response may be required, Behr admits that Plaintiff has alleged a copyright infringement claim against Behr in this action.

9.    Behr admits that it is a California limited liability company with its principal address in State of California. The remaining allegations in this paragraph consist of legal argument and conclusion, which do not require a response. To the extent a response may be required, Behr denies the remaining allegations in this paragraph.

10.    Admitted.

## THE PARTIES

11.    Behr lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph as characterized, and therefore denies the allegations set forth in this paragraph.

12.    Admitted.

13.    Behr lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph as characterized, and therefore denies the allegations set forth in this paragraph.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT; CASE NO. 8:25-CV-2530

## FACTUAL ALLEGATIONS

**A.     The Infringed ABKCO Recording**

14.     Behr admits The Rolling Stones are an English rock band including Mick Jagger, Keith Richards, Brian Jones, Bill Wyman, and Charlie Watts. Behr lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph as characterized, and therefore denies the allegations set forth in this paragraph.

15.     Behr lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph as characterized, and therefore denies the allegations set forth in this paragraph.

16.     Behr lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph as characterized, and therefore denies the allegations set forth in this paragraph.

17.     Behr lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph as characterized, and therefore denies the allegations set forth in this paragraph.

**B.     BEHR's Unauthorized Exploitation of the ABKCO Recording**

18.     Behr admits that it made an Instagram post on November 22, 2022. The remaining allegations in this paragraph consist of legal argument and conclusion, which do not require a response. To the extent a response may be required, Behr denies the remaining allegations set forth in this paragraph. Behr lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph as characterized, and therefore denies the allegations set forth in this paragraph.

19.     This paragraph consists of legal argument and conclusion, which do not require a response. To the extent a response may be required, Behr lacks knowledge or information sufficient to form a belief as to the truth of the

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DEFENDANT'S ANSWER TO PLAINTIFF'S
COMPLAINT; CASE NO. 8:25-CV-2530

allegations in this paragraph as characterized, and therefore denies the allegations set forth in this paragraph.

20.    This paragraph consists of legal argument and conclusion, which do not require a response. To the extent a response may be required, Behr lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph as characterized, and therefore denies the allegations set forth in this paragraph.

21.    Denied.

## FIRST CLAIM FOR RELIEF

22.    Behr incorporates by reference the preceding paragraphs as though such paragraphs were fully stated herein.

23.    This paragraph consists of legal argument and conclusion, which do not require a response. To the extent a response may be required, Behr denies the allegations set forth in this paragraph.

24.    Denied.

25.    This paragraph consists of legal argument and conclusion, which do not require a response. To the extent a response may be required, Behr denies the allegations set forth in this paragraph.

26.    This paragraph consists of legal argument and conclusion, which do not require a response. To the extent a response may be required, Behr denies the allegations set forth in this paragraph.

27.    Denied.

## SECOND CLAIM FOR RELIEF

28.    Behr incorporates by reference the preceding paragraphs as though such paragraphs were fully stated herein.

29.    Behr denies that it intentionally induced any infringing activity. The remaining allegation in this paragraph consist of legal argument and conclusion, which do not require a response.

30. Behr denies that it engaged in any willful infringement or otherwise acted with reckless disregard of and with indifference to the rights of ABKCO. The remaining allegations in this paragraph consist of legal argument and conclusion, which do not require a response.

31. This paragraph consists of legal argument and conclusion, which do not require a response. To the extent a response may be required, Behr denies the allegations set forth in this paragraph.

32. This paragraph consists of legal argument and conclusion, which do not require a response. To the extent a response may be required, Behr denies the allegations set forth in this paragraph.

33. Denied.

## PRAYER

34. Behr denies that ABKCO is entitled to any relief sought in this action, or to any other relief as against Behr.

## AFFIRMATIVE DEFENSES

Without admitting any facts alleged by Plaintiff, Defendant asserts the following separate and affirmative defenses to the Complaint. By pleading the following defenses, Defendant does not concede that they bear the burden of proof on any issue raised through the pleadings.

## FIRST AFFIRMATIVE DEFENSE

### ["Fair Use" Defense]

ABKCO's claims are barred, in whole or in part, because Behr's advertisement constitutes "fair use" of the copyrighted work.

## SECOND AFFIRMATIVE DEFENSE

### [License Defense]

On information and belief, ABKCO's claims are barred, in whole or in part, because ABKCO granted Meta had a limited purpose license to use the copyrighted

work at issue on Instagram and Meta in turn permitted Behr to use the copyrighted work at issue.

## THIRD AFFIRMATIVE DEFENSE

### [Implied License Defense]

ABKCO's claims are barred, in whole or in part, because ABKCO waited nearly 3 years from the date of the allegedly infringing Instagram post to put Behr on notice.

## FOURTH AFFIRMATIVE DEFENSE

### [No Damage or Injury]

ABKCO's claims are barred, in whole or in part, because ABKCO has not suffered any cognizable injury or damages.

## FIFTH AFFIRMATIVE DEFENSE

### [Laches]

ABKCO's claims are barred, in whole or in part, because ABKCO authorized the use or otherwise demonstrated an intent not to enforce its rights.

## SIXTH AFFIRMATIVE DEFENSE

### [Estoppel]

The claims for relief in the Complaint, in whole or in part, are barred because ABKCO has engaged in conduct and activities by reason of which ABKCO is estopped to assert the claims alleged in the Complaint.

## SEVENTH AFFIRMATIVE DEFENSE

### [Compulsory License Defense]

ABKCO's claims are barred, in whole or in part, because Behr's use of the copyrighted work at issue was pursuant to a compulsory license.

## EIGHTH AFFIRMATIVE DEFENSE

### [*De Minimis* Defense]

ABKCO's claims are barred, in whole or in part, because Behr's use of the copyrighted work at issue was so insubstantial as to not constitute infringement.

## NINTH AFFIRMATIVE DEFENSE

### [Reservation of Rights re Additional Affirmative Defenses]

Behr reserves the right to allege and assert additional affirmative defenses based on the discovery of facts in this action and/or as the circumstances warrant.

## PRAYER FOR RELIEF

WHEREFORE, Behr prays for judgment as follows:

A.      That ABKCO takes nothing by reason of the Complaint;

B.      That the Complaint be dismissed upon the merits and with prejudice;

C.      That Behr be awarded its costs of suit incurred herein, including reasonable attorneys' fees as appropriate; and

D.      That Behr be awarded such additional and further relief as the court deems just and proper.


Dated: February 27, 2026                    CROWELL & MORING LLP


By: */s/ Kent B. Goss*
    Kent B. Goss
    Darshan N. Patel
    Attorneys for Defendant
    BEHR PROCESS LLC

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-8-

DEFENDANT'S ANSWER TO PLAINTIFF'S
COMPLAINT; CASE NO. 8:25-CV-2530