**PRYOR CASHMAN LLP**
Benjamin S. Akley (State Bar No. 278506)
*bakley@pryorcashman.com*
Shamar Toms-Anthony (State Bar No. 323246)
*stoms-anthony@pryorcashman.com*
1901 Avenue of the Stars, Ste. 900, Los Angeles, California 90067
Telephone: (310) 683-6900

*Attorneys for Plaintiff ABKCO Music & Records, Inc.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| ABKCO MUSIC & RECORDS, INC. a New York Corporation, <br><br> Plaintiff, <br><br> v. <br><br> BEHR PROCESS LLC D/B/A BEHR PAINT COMPANY, a California limited liability company; and DOES 1-10, <br><br> Defendants. | Case No.: 8:25-CV-2530 <br><br> **JOINT NOTICE OF SETTLEMENT** |

JOINT NOTICE OF SETTLEMENT

LAACTIVE-608677123.1

TO THE HONORABLE COURT AND THE CLERK OF COURT:

Pursuant to Local Rule 16-15.7, Plaintiff ABKCO MUSIC & RECORDS, INC. ("Plaintiff") and Defendant BEHR PROCESS LLC D/B/A BEHR PAINT COMPANY, a California limited liability company ("Behr") (collectively, the "Parties"), through their respective attorneys of record., respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter in its entirety.

The Parties have finalized a written settlement agreement and are finalizing a stipulation of voluntary dismissal.  The Parties intend to file the stipulation of voluntary dismissal as soon as practicable, but respectfully request that they be afforded 30 days to file the stipulation.

The Parties respectfully request that the Court adjourn all current dates and deadlines while they continue to diligently finalize the settlement documents.

Respectfully submitted,

Dated: May 4, 2026          PRYOR CASHMAN LLP

By:  */s/ Benjamin S. Akley*
     Benjamin S. Akley
     Shamar Toms-Anthony
     Attorneys for Plaintiff
     ABKCO MUSIC & RECORDS, INC.

Dated: May 4, 2026          CROWELL & MORING LLP

By:  */s/ Kent B. Goss*
     Kent B. Goss
     Attorneys for Defendant
     BEHR PROCESS LLC D/B/A BEHR
     PAINT COMPANY

1

JOINT NOTICE OF SETTLEMENT

LAACTIVE-608677123.1

# <u>SIGNATURE ATTESTATION</u>

I attest that concurrence in the filing of this document has been obtained from each of the other signatories, which will serve in lieu of their signatures on the document.

Dated:  May 4, 2026                                  */s/ Benjamin S. Akley*

Benjamin S. Akley

2

JOINT NOTICE OF SETTLEMENT

LAACTIVE-608677123.1